## SARGENT v. STATE.
### No. 18761.

Court of Criminal Appeals of Texas.

Feb. 3, 1937.

Ray Holder and Lillian Oatis, both of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of property over $50.00 in value, punishment being assessed at four years in the penitentiary.

The indictment properly charges the offense. No statement of facts or bills of exception are brought forward. In this condition nothing is presented for review.

The judgment is affirmed.